UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MS. BRETT (BROOKE) SONIA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. C17-955-JLR<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's second amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, ~~any objections thereto~~ Plaintiff's Response + Objection (Dkt 61), and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted.

(2) Defendants' motion for summary judgment (Dkt. 35) is GRANTED.

(3) Plaintiff's second amended complaint (Dkt. 15) and this action are DISMISSED with prejudice.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 19th day of June, 2018.

_____
JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2